**Form 165**[OSC for Nonpayment of Fees]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re:  Raymond G Zentz  Debtor(s). | Case No. 15−31134 RKM  Chapter 13 |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
### FOR NONPAYMENT OF FILING FEES

TO THE DEBTOR(S):

Filing fees prescribed by 28 U.S.C. § 1930(a) must be paid in full to the Clerk of Court. According to the Court's records, you have failed to comply with the Order setting dates for payment of the filing fee in installments.

The debtor(s) is hereby ORDERED to do the following within fourteen (14) days:

1. pay the filing fee in full (no personal checks accepted), or
2. set a hearing before the Court to show cause why this case should not be dismissed for failure to comply with the Order to Pay Filing Fees in Installments, send out a notice of hearing with a certificate of service attached, and file the notice of hearing with the court.

It is further ORDERED that, if the balance of the filing fee is not paid or if a hearing is not set and noticed within fourteen (14) days, the case will be dismissed without further notice or hearing.

Dated and Entered on: December 17, 2015

United States Bankruptcy Judge   ()

United States Bankruptcy Court
District of Utah

In re:  Case No. 15-31134-RKM
Raymond G Zentz  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2    User: ksh    Page 1 of 1    Date Rcvd: Dec 17, 2015
                  Form ID: f165    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2015.
db           +Raymond G Zentz,    4667 South 2075 West,    Roy, UT 84067-2617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2015            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2015 at the address(es) listed below:
         John R. Riley    on behalf of Debtor Raymond G Zentz justin@richardsriley.com, utahhopebk@gmail.com
         Lon Jenkins tr    ecfmail@ch13ut.org,    lneebling@ch13ut.org
         United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                TOTAL: 3