Mark S. Middlemas (USB No. 9252)
Hillary R. McCormack (USB No. 11719)
Lundberg & Associates, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for U.S. Bank Trust, N.A.
L&A Case No. 15.61812.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Northern Division

| In re: | Bankruptcy No. 15-31134 RKM |
|---|---|
| Raymond G. Zentz, | (a Chapter 13 case) |
| Debtor. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates, PC enters an appearance on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Creditor"), a secured creditor in the above-referenced bankruptcy. Caliber Home Loans Inc. presently services this loan for the Creditor. Please add the following to the mailing matrix:

    Mark S. Middlemas
    Hillary R. McCormack
    Lundberg & Associates, PC
    3269 South Main Street, Suite 100
    Salt Lake City, UT 84115

DATED: January 6, 2016.

                    LUNDBERG & ASSOCIATES, PC

                    By /s/ Hillary R. McCormack
                    Hillary R. McCormack
                    Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that on January 6, 2016, I electronically filed the foregoing Appearance of Counsel with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

          John R. Riley
          Richards Riley & Associates, PLLC
          justin@richardsriley.com
          ECF
                Attorney for Debtor

                  /s/ Hillary R. McCormack
                  Hillary R. McCormack

2