**Form 242**[Memo Re: Dism Case Fees Due]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Raymond G Zentz<br>        Debtor(s). | Case No. 15−31134 RKM<br>Chapter 13 |

## MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(a) and (b), you are required to pay a fee as follows:

Clerk's Notice of Case Filing Fees Due. Amount Due: $310.00. (lph)

      The unpaid balance for the voluntary petition and/or any other outstanding fees is still due and owing for this dismissed case. The fees should be paid in full within fourteen (14) days from the date of this notice payable to the Clerk of Court for United States Bankruptcy Court for the District of Utah (no personal checks). If you are a registered e−filer with the court, this fee may be paid by using the event "Electronically Paid Fee" found in the "Debtor Events" or "Other" categories under the "Bankruptcy" menu. This will add the fee to "Internet Payments Due" category.

Dated: January 8, 2016

                                                David A. Sime
                                                Clerk of Court

                                                  File all documents and mail to:

                                                  Clerk, U.S. Bankruptcy Court
                                                  350 South Main #301
                                                  Salt Lake City, UT 84101

United States Bankruptcy Court
District of Utah

In re:                                                                  Case No. 15-31134-RKM
Raymond G Zentz                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: lph              Page 1 of 1           Date Rcvd: Jan 08, 2016
                              Form ID: f242          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2016.
db             +Raymond G Zentz,    4667 South 2075 West,    Roy, UT 84067-2617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2016 at the address(es) listed below:
              Hillary R. McCormack    on behalf of Creditor   U.S. Bank Trust, N.A.
               LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
              John R. Riley    on behalf of Debtor Raymond G Zentz justin@richardsriley.com,
               utahhopebk@gmail.com
              Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4