**Form 746** [ODSM Installment Not Paid]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Raymond G Zentz

        Debtor(s).

Case No. 15−31134 RKM
Chapter 13

## ORDER OF DISMISSAL

    The debtor(s) having failed to comply with the Court's Order Approving Payment of Filing Fee in Installments, it is hereby **ORDERED** that this case be dismissed. Outstanding filing fees are still due and owing to the Court. Debtor(s) are ineligible for another Order Approving Payment of Filing Fees in Installments until the outstanding filing fees are paid in full.

Dated and Entered on: January 8, 2016

United States Bankruptcy Judge  ()

United States Bankruptcy Court
District of Utah

In re:
Raymond G Zentz
     Debtor

Case No. 15-31134-RKM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: lph     Page 1 of 1     Date Rcvd: Jan 08, 2016
                    Form ID: f746     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2016.
```
db            +Raymond G Zentz,    4667 South 2075 West,    Roy, UT 84067-2617
10062022       Ainiwaer Jiang Wumaner,    155 North 920 West,    Orem, UT 84057
10062023      +Caliber Home Loans,    PO Box 650856,    Dallas, TX 75265-0856
10083595       Intermountain Healthcare,    PO Box 27808,    Salt Lake City UT 84127-0808
10062025      +Paramount Auto Funding,    3287 South Highway 89,    Bountiful, UT 84010-8552
10062026      +Rick Acker,    4440 Whitetail Lane,    New Port Richey, FL 34653-6546
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10062024       EDI: IRS.COM Jan 09 2016 00:08:00      Internal Revenue Service,
               Attn: Special Procedures, Mail Stop 5021,    50 South 200 East,    Salt Lake City, UT 84111
10062027      +EDI: UTAHTAXCOMM.COM Jan 09 2016 00:08:00      Utah State Tax Commission,    210 North 1950 West,
               Salt Lake City, UT 84134-9000
```
                                                                                                              TOTAL: 2

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2016 at the address(es) listed below:
```
              Hillary R. McCormack    on behalf of Creditor    U.S. Bank Trust, N.A.
               LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
              John R. Riley    on behalf of Debtor Raymond G Zentz justin@richardsriley.com,
               utahhopebk@gmail.com
              Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
```
                                                                                                                           TOTAL: 4